IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOHN C. JURGERSON and
DEAN HEALTH PLAN,

              Plaintiffs,

    v.

WRIGHT MEDICAL GROUP, INC.,
WRIGHT MEDICAL TECHNOLOGY, INC.,
and WRIGHT MEDICAL EUROPE, S.A.

              Defendant.

ORDER

12-cv-460-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Counsel for the parties have advised the court that this case has been settled. The parties may have until Wednesday, September 17, 2014, in which to complete the settlement. If settlement has not been accomplished by that time, counsel for both parties are to report on the status of the matter at a telephone conference on September 17, 2014 at 9:15 a.m.. Plaintiffs' counsel is to initiate the conference call to chambers at (608) 264-5447. If, before September 17, 2104, counsel have advised the court that it may enter its standard order of dismissal or have filed a statement confirming settlement, the status conference will be canceled.

      Entered this 2d day of September, 2014.

                                         BY THE COURT:
                                         /s/
                                         BARBARA B. CRABB
                                         District Judge